# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Phillips, Gregory A. | 2. Court or Organization  United States Court of Appeals for the Tenth Circuit | 3. Date of Report  08/24/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States Circuit Court Judge, Active | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

2120 Capitol Avenue
O'Mahoney Federal Building, Room 2603
Cheyenne, Wyoming 82001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Gregory A. | 08/24/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Laramie County School District #1--Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Gregory A. | 08/24/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Gregory A. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dreyfus Research Growth Fd, Cl C DWOCX | | None | | | Sold | 07/12/16 | J | A | |
| 2. First Eagle Global Inc Fd, Cl A SGENX | | None | J | T | | | | | |
| 3. Ivy Fds Inc Asset Strategy Fd, Cl A WASAX | | None | | | Sold | 07/12/16 | J | A | |
| 4. Blackrock Global Allocation Cl A MDLOX | A | Dividend | | | Sold | 07/12/16 | J | A | |
| 5. Franklin U.S. Government Money 529 Portfolio - Class C | | None | M | T | | | | | |
| 6. LifePath Index 2025 Fund | C | Interest | L | T | | | | | |
| 7. Wyoming Retirement System-Pension | A | Interest | K | T | | | | | |
| 8. Bank of the West Cash Accounts | A | Interest | K | T | | | | | |
| 9. Wells Fargo 7734 Cash Sweep Account | | None | J | T | | | | | |
| 10. Wells Fargo 9571 Cash Sweep Account | | None | J | T | | | | | |
| 11. First Trust Dorsey ET Wright Focus Five Fund | A | Dividend | | | Sold | 07/12/16 | J | A | |
| 12. First Trust Large Cap Growth Opportunities Alphadex Fund | A | Dividend | | | Sold | 07/12/16 | K | B | |
| 13. Wells Fargo 5915 Cash Sweep Account | A | Interest | J | T | | | | | |
| 14. First Trust Hlth Care ETF Alphadex Fund FXH | | None | | | Sold | 08/17/16 | J | | |
| 15. First Trust Consumer ETF Staples Alphadex Fund FXG | A | Dividend | | | Sold | 08/17/16 | J | | |
| 16. First Trust Large ETF Cap Core Alphadex Fund FEX | A | Dividend | | | Sold | 08/17/16 | J | | |
| 17. First Trust Large ETF Cap Growth Opportunities Alphadex Fund FTC | A | Dividend | | | Sold | 08/17/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Gregory A. | 08/24/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Trust Mid Cap ETF Core Alphadex Fund FNX | A | Dividend | | | Sold | 08/17/16 | J | | |
| 19. First Trust Technology ETF Alphadex Fund FXL | A | Dividend | | | Sold | 08/17/16 | J | | |
| 20. Franklin Custodian Fds Income Ser Adv Cl AD FRIAX | A | Dividend | | | Sold | 08/17/16 | J | | |
| 21. Steelpath MLP Fds TR Oppenheimer MLPZX | A | Dividend | | | Sold | 08/17/16 | J | | |
| 22. Wells Fargo 2862 Cash Sweep Account | A | Interest | J | T | | | | | |
| 23. First Trust Hlth Care ETF Alphadex Fund FXH | | None | | | Sold | 08/17/16 | J | | |
| 24. First Trust Consumer ETF Staples Alphadex Fund FXG | A | Dividend | | | Sold | 08/17/16 | J | | |
| 25. First Trust Large ETF Cap Core Alphadex Fund FEX | A | Dividend | | | Sold | 08/17/16 | K | | |
| 26. First Trust Large ETF Cap Growth Opportunities Alphadex Fund FTC | A | Dividend | | | Sold | 08/17/16 | J | | |
| 27. First Trust Technology ETF Alphadex Fund FXL | A | Dividend | | | Sold | 08/17/16 | J | | |
| 28. First Trust VI ETF Multi-Asset Diversified Income Index Fd MDIV | A | Dividend | | | Sold | 08/17/16 | J | | |
| 29. Federated Equity Kaufman Large Cap Fd KLCIX | | None | | | Sold | 08/17/16 | J | | |
| 30. Franklin Custodian Fds Income Ser Adv Cl AD FRIAX | A | Dividend | | | Sold | 08/17/16 | J | | |
| 31. Virtus Opportunities Trust Real Estate Fd Class I PHRIX | A | Dividend | | | Sold | 08/17/16 | J | | |
| 32. Steelpath MLP Fds TR Oppenheimer MLPZX | A | Dividend | | | Sold | 08/17/16 | J | | |
| 33. Allianz Life Index Adv Var Annuity - IDX Perf Strat Using S&P 500 I | B | Interest | L | T | Buy | 08/24/16 | L | | |
| 34. Allianz Life Index Adv Var Annuity - IDX Perf Strat Using S&P 500 I | C | Interest | M | T | Buy | 08/24/16 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Gregory A. | 08/24/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Various symbols and fund names have been updated to reflect the current information provided by the brokers. No sale or trade is implied by the symbol or name changes.

2) Lines 33-54 of the prior report have been omitted from Part VII of the current report as these assets were sold in the prior year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory A. Phillips**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544